```
                    FILED - SOUTHERN DIVISION
                    CLERK, U.S. DISTRICT COURT

                         NOV 28 2012

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Frank Medina,<br><br>　　　　　Defendant. | Case No.: SA CR 07-0202-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [**supervised release**]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met **his**/her burden of establishing by clear and convincing evidence that **he**/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown bail resources, extensive criminal history, substance abuse history, prior parole + SR violations</u>

    (and)/or

B.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _extensive criminal history, including underlying conviction apparent supervised release violations_

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __11/28/12__    _/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE