

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: SA CR 07-0202
           Plaintiff, )
    vs. ) ORDER OF DETENTION AFTER HEARING
    Frank Medina ) [Fed. R. Crim. P. 32.1(a)(6);
           Defendant. ) 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Calif. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on numerous prior violations of supervised release,

1  substance abuse history, currently unemployed,
2  bail resources unknown, background information
3  unverified
4  (and)/or
5  B.  (X)  The defendant has not met (his)/her burden of establishing by
6      clear and convincing evidence that (he)/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: lengthy criminal history, substance abuse
10     history, ~~as~~ apparent recent history of associating
11     with known felons, prior supervised release violations
12     _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  2/25/14                    /s/ Jean Rosenbluth
                                      JEAN ROSENBLUTH
18                                    U.S. MAGISTRATE JUDGE

2