O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 07-00202 DOC - 20 |
| Plaintiff, | ) ) | ~~ORDER OF DETENTION~~ |
| v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| FRANK MEDINA, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1  B.   (X)   The defendant has not met his burden of establishing by clear and convincing

2               evidence that he is not likely to pose a danger to the safety of any other person

3               or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4               is based on the nature of the charged offense and defendant's criminal history.

5

6        IT THEREFORE IS ORDERED that the defendant be detained pending the further

7  revocation proceedings.

8

9

10  Dated: September 16, 2014

11                                    /s/      Arthur Nakazato
                                     ARTHUR NAKAZATO
12                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28